AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| NUTRITIONAL PRODUCTS INTERNATIONAL, INC<br><br>*Plaintiff(s)*<br>v.<br>TRULIFE DISTRIBUTION, INC, and<br>BRIAN GOULD<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 25-CV-80410 ROSENBERG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian Gould.
7056 NW 67th Terrace
Parkland, FL, 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Murray Hudson, Esq.
Murray Hudson Law, PLLC
5255 N. Federal Hwy, Suite 318
Boca Raton, Fl 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 28, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| NUTRITIONAL PRODUCTS INTERNATIONAL, INC <br><br> *Plaintiff(s)* <br> v. <br> TRULIFE DISTRIBUTION, INC, and <br> BRIAN GOULD <br><br> *Defendant(s)* | Civil Action No. 25-CV-80410 ROSENBERG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Trulife Distribution, Inc.
401 E. Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL, 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Murray Hudson, Esq.
Murray Hudson Law, PLLC
5255 N. Federal Hwy, Suite 318
Boca Raton, Fl 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 28, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts